**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
United States Attorney

DAVID A. DOTY
Assistant United States Attorney

401 Market Street, 4th Floor
Camden, NJ 08101
David.Doty@usdoj.gov

main: (856) 757-5026
direct: (856) 605-4905

November 23, 2026

**ORDER**

**BY ECF**
Honorable Edward S. Kiel, U.S.D.J.
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

**Re: *Araújo v. Rokosky, et al.*, No. 26-cv-14976**
**Petitioner's Release**

Dear Judge Kiel:

This Office represents the Respondents in the above-referenced habeas action. We respectfully write to inform the Court that U.S. Immigration and Customs Enforcement ("ICE") released Petitioner from custody on November 22, 2026, at 2:13 p.m.

Following entry of the Court's November 20, 2026 Order, which directed the parties to meet and confer regarding Petitioner's medical condition and care, this Office promptly provided Petitioner's counsel with a designated point of contact to address any concerns. The undersigned also separately contacted Petitioner's counsel that evening to offer any additional assistance as needed. The parties met and conferred the following morning and remained in regular communication throughout the weekend, ultimately coordinating Petitioner's release on November 22, 2026.

Because Petitioner has received the very relief sought in his habeas petition, we respectfully request that the Court deny the petition as moot and dissolve all temporary restraints. We thank the Court for its attention to this matter.

**So Ordered.**

***/s/ Edward S. Kiel***
**Edward S. Kiel, U.S.D.J.**
**Date: November 23, 2026**

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ David A. Doty*
DAVID A. DOTY
Assistant United States Attorney
*Attorneys for Respondents*